That means the district court's conclusion applies only with respect to the theory that bundling itself is a form of exclusive dealing, a theory that no longer holds water after *PeaceHealth.* Thus, the majority errs when it affirms on this analysis.

**Pablo Castro CASTRO, Petitioner,**

v.

**Eric H. HOLDER Jr., Attorney General, Respondent.**

No. 04–72561.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Jan. 14, 2008.

Submission Vacated April 23, 2008.

Resubmitted for Decision June 17, 2009.

Filed June 19, 2009.

Howard R. Davis, Esquire, Law Offices of Barbara J. Darnell, Los Angeles, CA, for Petitioner.

Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, Eric D. Marsteller, Esquire, FPDAZ–Federal Public Defender's Office, Tucson, AZ, Eric Warren Marsteller, Esquire, Trial., Jocelyn Lopez Wright, Esquire, DOJ–U.S. Department of Justice, Washington, DC, for Respondent.

* This disposition is not appropriate for publication and is not precedent except as provided

Before: WALLACE, HUG and SCHROEDER, Circuit Judges.

MEMORANDUM *

We vacated submission of this case pending the final disposition of *Sanchez v. Holder,* 560 F.3d 1028 (9th Cir.2009) (en banc). The resolution of that case compels denial of the petition in this case.

PETITION DENIED.

**Juan Colin LEON, Petitioners,**

v.

**Eric H. HOLDER Jr., Attorney General, Respondent.**

No. 04–73748.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Jan. 14, 2008.

Submission Vacated April 23, 2008.

Resubmitted for Decision June 17, 2009.

Filed June 19, 2009.

Sarah J.M. Jones, Law Offices of Sarah J.M. Jones, San Francisco, CA, for Petitioners.

by 9th Cir. R. 36–3.

Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Eric D. Marsteller, FPDAZ–Federal Public Defender's Office, Tucson, AZ, Ari Nazarov, Oil, Washington, DC, for Respondent.

Before: WALLACE, HUG and SCHROEDER, Circuit Judges.

MEMORANDUM *

We vacated submission of this case pending the final disposition of *Sanchez v. Holder*, 560 F.3d 1028 (9th Cir.2009) (en banc). The resolution of that case compels denial of the petition in this case.

PETITION DENIED.

**Pauline IM; et al., Petitioners,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

**No. 05–70027.**

United States Court of Appeals, Ninth Circuit.

June 19, 2009.

Emmanuel Eke Enyinwa, Esquire, Law Office of Emmanuel Enyinwa, San Francisco, CA, for Petitioners.

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, Blair O'Connor, Assistant Director, OIL, Donald E. Keener, Esquire, DOJ–U.S. Department of Justice Civil Division/Office of Immigration, Washington, DC, for Respondent.

Before: B. FLETCHER, SILER,* and HAWKINS, Circuit Judges.

ORDER

The pending petition for rehearing en banc is DISMISSED as moot in light of the simultaneous filing of a memorandum disposition replacing the previously withdrawn opinion in this matter. The parties may file new petitions as to the memorandum disposition for rehearing or rehearing en banc in accordance with the Federal Rules of Appellate Procedure.

**Nasir KHAN; Sanah Khan; Seema Khan, Petitioners,**

v.

**Eric H. HOLDER Jr., Attorney General, Respondent.**

**No. 05–73422.**

United States Court of Appeals, Ninth Circuit.

* The Honorable Eugene E. Siler, Jr., Senior United States Circuit Judge for the Sixth Circuit, sitting by designation.